**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

MICHAEL SHANE WILMOTH,
ADC #105408, et al.,                                                                                           PLAINTIFF

v.                                          5:13CV00060-SWW-JTK

RAY HOBBS, et al.                                                                                             DEFENDANTS

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. There have been no objections. After a review of those proposed findings and recommendations, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that:

1.  Plaintiff Wilmoth is DISMISSED from this action, for failure to state a claim upon which relief may be granted.

2.  Plaintiff Collins' equal protection claims that administrative segregation inmates lack the same rights and privileges as death-row inmates, are DISMISSED.

IT IS SO ORDERED this 23rd day of May, 2013.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE

1