**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

TYRONE COLLINS,                                                                                PLAINTIFF
ADC #111854

v.                                       5:13CV00060-SWW-JTK

RAY HOBBS, et al.                                                         DEFENDANTS

**ORDER**

This matter is before the Court on Plaintiff's Motions to Compel Defendants to respond to his discovery requests (Doc. Nos. 34, 37-39). In their Responses, Defendants state that Plaintiff prematurely filed his Motions prior to the due date of the discovery, and that they timely mailed the discovery responses to him on December 10, 2013 (Doc. Nos. 36, 41). In addition, Defendants state that they supplemented their responses by mailing Plaintiff a copy of his deposition transcript on December 16, 2013. (Doc. No. 41-4.)

In light of Defendants' Responses, Plaintiff's Motions to Compel (Doc. Nos. 34, 37-39) are DENIED.

IT IS SO ORDERED this 6th day of January, 2014.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE