# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

TYRONE COLLINS,                                                                                  PLAINTIFF
ADC #111854

v.                                     5:13CV00060-SWW-JTK

RAY HOBBS, et al.                                                    DEFENDANTS

## ORDER

Defendants shall respond to Plaintiff's Motion for Preliminary Injunction (Doc. No. 45) within ten days of the date of this Order.

IT IS SO ORDERED this 17th day of March, 2014.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE