**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

TYRONE COLLINS,
ADC #111854                                                                                                                                               PLAINTIFF

v.                                                 5:13CV00060-SWW-JTK

RAY HOBBS, et al.                                                                                                 DEFENDANTS

**ORDER**

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. After a review of those proposed findings and recommendations, and the timely objections received thereto,[1] as well as a _de novo_ review of the record, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that Plaintiff's Motion for Preliminary Injunction (Doc. No. 45), is DENIED.

DATED this 1st day of May, 2014.

                                                                         /s/Susan Webber Wright
                                                   UNITED STATES DISTRICT JUDGE

---

[1] In his objections, plaintiff seems to say that the growing of a beard is a requirement for Orthodox Muslims. However, in his deposition, plaintiff states the Quran does not require men to have a beard. Plaintiff also notes in his objections that the United States Supreme Court granted certiorari in _Holt v. Hobbs_. The Supreme Court agreed to determine "[w]hether the Arkansas Department of Correction's grooming policy violates the Religious Land Use and Institutionalized Persons Act of 2000, 42 U.S.C. § 2000cc _et seq._, to the extent that it prohibits petitioner from growing a one-half-inch beard in accordance with his religious beliefs." _Holt v. Hobbs_, 134 S.Ct. 1512 (March 3, 2014). The fact that the Supreme Court granted _certiorari_ does not change the ruling of the Eighth Circuit. A ruling on a motion for preliminary injunction is not a decision on the merits.