**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

TYRONE COLLINS,
ADC #111854                                                                                          PLAINTIFF

v.                                              5:13CV00060-SWW-JTK

RAY HOBBS, et al.                                                                                  DEFENDANTS

**ORDER**

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. After a review of those proposed findings and recommendations, and the timely objections received thereto, as well as a de novo review of the record, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that Defendants' Motion for Summary Judgment (Doc. No. 47) is GRANTED, and Plaintiff's complaint against Defendants is DISMISSED without prejudice, for failure to exhaust administrative remedies.

An appropriate Judgment shall accompany this Order.

IT IS SO ORDERED this 19th day of May, 2014.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE