# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

TYRONE COLLINS,
ADC #111854                                                                                   PLAINTIFF

v.                                     5:13CV00060-SWW-JTK

RAY HOBBS, et al.                                                                          DEFENDANTS

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is Considered, Ordered and Adjudged that this case be, and it is hereby, DISMISSED without prejudice. The relief sought is denied.

IT IS SO ADJUDGED this 19th day of May, 2014.


                                           /s/Susan Webber Wright
                                       UNITED STATES DISTRICT JUDGE